UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKBURN,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD A. MESERVE, et al.,<br><br>    Defendants. | Case No. 19-cv-00501-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *In Re PG&E Corporation Securities Litigation*, Case No. 18-cv-03509-RS.

**IT IS SO ORDERED.**

Dated: March 8, 2019

_____
JON S. TIGAR
United States District Judge